Nos. 1050 and 1053. JAMISON ET AL. *v.* EDWARDS, FORMERLY COLLECTOR OF INTERNAL REVENUE;

Nos. 1051 and 1054. SAME *v.* BOWERS, EXECUTOR; and

Nos. 1052 and 1055. SAME *v.* LOWE, FORMERLY COLLECTOR OF INTERNAL REVENUE. June 4, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. W. A. Seifert, John G. Frazer, Frank C. Miller,* and *Arthur Gunther* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Edward H. Horton* for respondents.

No. 801. NEWCOMB ET AL. *v.* YORK ICE MACHINERY CORP. April 30, 1934. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. Dismissed on motion of *Mr. W. M. Pardue* for petitioners.